ORIGINAL

MIKE BREWER
NAME
F-25321.
PRISON NUMBER
CHUCKAWALLA VALLEY STATE PRISON
P.O. BOX-2349.
CURRENT ADDRESS OR PLACE OF CONFINEMENT
BLYTHE, CA. 92226
CITY, STATE, ZIP CODE

FILED
JAN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MIKE BREWER,
(FULL NAME OF PETITIONER)
PETITIONER

v.

MR. JOHN SALAZAR
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

MR. JERRY BROWN,
The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 0029 H PCL
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: SAN BERNARDINO SUPERIOR COURT. 351 N. ARROWHEAD AVE. S. B. CA. 92415
2. Date of judgment of conviction: APRIL 14, 2006
3. Trial court case number of the judgment of conviction being challenged: F.S.B.-050394
4. Length of sentence: 6 YEARS

5. Sentence start date and projected release date: APRIL 14, 2006
C.D.C.R. PROJECTED RELEASE DATE. FEBRUARY 14, 2010

6. Offense(s) for which you were convicted or pleaded guilty (all counts): PENAL CODE § 29D

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☒

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☐

9. Did you testify at the trial?
☐ Yes ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the California Court of Appeal?
☐ Yes ☒ No

11. If you appealed in the California Court of Appeal, answer the following:
   (a) Result: N/A
   (b) Date of result, case number and citation, if known:
   (c) Grounds raised on direct appeal: N/A

12. If you sought further direct review of the decision on appeal by the California Supreme Court (e.g., a Petition for Review), please answer the following:
   (a) Result: N/A
   (b) Date of result, case number and citation, if known:
   (c) Grounds raised: N/A

13. If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to that petition:

(a) Result: N/A

(b) Date of result, case number and citation, if known: ______

(c) Grounds raised: N/A

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Superior Court?

☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

(a) California Superior Court Case Number: SWHSS-9257

(b) Nature of proceeding: SAN BERNARDINO SUPERIOR COURT- WRIT- DIVISION; FOR ALL "WRIT OF HABEAS CORPUS" IN THE COUNTY

(c) Grounds raised: 1. PETITIONER DUE PROCESS RIGHT BEEN VIOLATED SINCE HE IS NOT RECEIVING HALF-TIME CREDIT. 2. IMPROPERLY ENHANCEMENT TO THE UPPER-TERM. SENTENCE. 3. C.D.C.R. ABUSE ITS DISCRETION, PRIOR CONVICTION WAS NOT PLED OR PROVEN.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

(f) Date of result: APRIL 02, 2007.

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Court of Appeal?

☒ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:

(a) California Court of Appeal Case Number: E-D42796

(b) Nature of proceeding: WRIT OF HABEAS CORPUS

(c) Grounds raised: 1. PETITIONER DUE PROCESS RIGHT BEEN VIOLATED SINCE HE IS NOT RECEIVING HALF-TIME CREDIT. 2. IMPROPERLY ENHANCEMENT TO THE UPPER-TERM SENTENCE. 3. C.D.C.R. ABUSE ITS DISCRETION. PRIOR CONVICTION WAS NOT PLED OR PROVEN.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: ORDER DENYING PETITION

(f) Date of result: APRIL 19, 2007.

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?

☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

(a) California Supreme Court Case Number: S-152456

(b) Nature of proceeding: WRIT OF HABEAS CORPUS

(c) Grounds raised: 1. PETITIONER DUE PROCESS RIGHT BEEN VIOLATED SINCE HE IS NOT RECEIVING HALF-TIME CREDIT. 2. IMPROPERLY EN--HANCEMENT TO THE UPPER-TERM SENTENCE. 3. C.D.C.R. ABUSE ITS DISCRETION. PRIOR CONVICTION WAS NOT PLED OR PROVEN.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: DENIED

(f) Date of result: OCTOBER 31, 2007.

20. If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the California Supreme Court, containing the grounds raised in this federal Petition, explain briefly why you did not:

N/A

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☒ Yes ☐ No (IF "YES" SKIP TO #22)
(a) If no, in what federal court was the prior action filed? ______
(i) What was the prior case number? ______
(ii) Was the prior action (CHECK ONE):
☐ Denied on the merits?
☐ Dismissed for procedural reasons?
(iii) Date of decision: ______
(b) Were any of the issues in this current petition also raised in the prior federal petition?
☐ Yes ☐ No
(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☐ No

---

CAUTION:

- Exhaustion of State Court Remedies: In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.
- Single Petition: If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- Factual Specificity: You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: PETITIONER DUE PROCESS RIGHT HAVE BEEN VIO-LATED SINCE HE IS NOT RECEIVING HALF-TIME CREDIT WITH THE UNDERSTANDING ALL INMATES ENTERING STATE PRISONS BEEN GIVEN 50% FOR NON-VIOLENT CRIME.

Supporting FACTS (state *briefly* without citing cases or law) WHILE IN COURT WITH COUNSEL'S, THE DEPUTY DISTRICT ATTORNEY [DDA] AND HIS COUNSEL APPROVED A 6 YEARS PLEA DEAL WITH THE UNDERSTANDING INMATES ENTERING STATE PRISON. CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION [C.D.C.R.] HAVE BEEN GIVEN 50% ON THEIR SENTENCE, PROVIDING IT'S NOT A VIOLENT CRIME. THE COURT SEN-TENCE PETITIONER WITH THAT UNDERSTANDING HE WILL BE DOING ONLY 3 YEARS, SINCE HE HAS NOT COMMITTED ANY CRIME SINCE HIS RELEASE FROM PRISON IN 1988, UPON ARRIVAL TO C.D.C.R. COMMITTEE HEARING AND PRI-SON PLACEMENT. THE COMMITTEE GIVEN ONLY 15% NOT 50% VIOLATED HIS DUE PROCESS RIGHT. IN RE REEVES HIS CASE IS NOT A VIOLENT CRIME. C.D.C.R. FAILURE TO GIVE PETITIONER 50% CREDIT CLAIMING DUE TO THE NATURE OF PAST CRIME IS NOT ENTITLE TO 50% CREDIT. C.D.C.R. SHOULD OF SENT PETITIONER BACK TO COURT TO CORRECT THE SENTENCING ERROR/MISTAKE SINCE THERE WAS NO INSTRUCTIONS. PETITIONER DISCHARGE HIS PRISON NUMBER IN THE EARLY 90'S AND MAINTAIN HIS REGISTRATION REQUIREMENTS OF RESIDENT. →

Did you raise GROUND ONE in the California Supreme Court?

☒ Yes ☐ No.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: ______

CONTINUE SUPPORTING FACTS ON GROUND ONE.

Supporting FACTS (state *briefly* without citing cases or law) PETITIONER AND HIS GIRL-FRIEND WERE ABOUT TO BE MARRIED, IN MAY PETIT- -IONER WAS FIRST PLACE UNDER ARREST FOR P.C. 290 FAILURE TO REGISTER CURRENT ADDRESS. BAIL WAS SET AT $6,000 DOLLARS. PETITIONER EXPLAIN TO DETECTIVE THAT HE HAS NOT MOVE INTO THE HOUSE YET, AND THAT THEY COULD CHECK WITH THE OWNER OF THE HOUSE TO CONFIRM IT. DETECTIVE HELD PETITIONER IN JAIL WITH ORDERS THAT PETITIONER WAS TO HAVE NO PHONE CALLS UNTILL AFTER DETECTIVE TALK TO THE OWNER OF THE HOUSE AND HIS FIANCEE. THE OWNER OF THE HOUSE AND THE PETITIONER FIANCEE CONFRIM WHAT THE PETITIONER TOLD DETECTIVE THAT HE WAS NOT GOING TO MOVE INTO THE HOUSE UNTILL AFTER HE WAS MARRIED ON JUNE 11, BUT THAT IN ORDER TO HOLD THE HOUSE HE HAD TO RENT EARLY BEFORE MARRIAGE. PETITIONER MADE BAIL THE SAME DAY. PETITIONER WAS SUPPOSE TO BE MARRIED ON JUNE 11. THEN ON JUNE 8 JUST 3 DAYS BEFORE HIS WEDDING THE DETECTIVE RE-ARREST PETITIONER TELLING HIM THAT "HE WOULD LIKE TO SEE HIM MAKE →

Did you raise GROUND ONE in the California Supreme Court?

☒ Yes ☐ No.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**:

CONTINUE SUPPORING FACTS ON GROUND ONE.

Supporting FACTS (state *briefly* without citing cases or law) →

BAIL NOW" THE NEW BAIL WAS SET AT $500,000 DOLLARS WHICH PETITIONER COULD NOT MAKE. THERE WAS NO KNOW INTENTION IN BRAKING THE LAW OR NOT TO REGISTER WHEN PETITIONER AND HIS FIANCEE MOVE IN. HIS FIANCEE IS FULLY AWARE OF HIS PAST CRIME AND REGISTRATION REQUIREMENTS. IT'S ONLY A NEW RULE IN THE COUNTY TO INFORMED LAW ENFORCEMENT WHEN A NEW RENTAL ABOUT TO MOVE IN OR PAYMENT BEEN MADE TO HOLD A PLACE FOR RENT HOUSE OR APARTMENT. THE SENTENCE ON THE HOLD AND ARREST IS CRUEL AND UNUSUAL PUNISHMENT. THE COURT SENDING PETITIONER TO STATE PRISON WAS UNJUST IMPRISONMENT FOR A LEGAL ERROR THAT WAS NOT INTENDED TO CAUSE A FAILURE TO REGISTER.

Did you raise GROUND ONE in the California Supreme Court?

☒ Yes ☐ No.

(b) **GROUND TWO**: IMPROPERLY ENHANCEMENT TO THE UPPER-TERM OF SIX (6) YEARS SENTENCE. VIOLATED HIS STATUTORY AND CONSTITUTIONAL RIGHTS.

Supporting FACTS (state *briefly* without citing cases or law): THE COURT MIS-UNDERSTOOD THE ENHANCEMENT TO THE SCOPE OF IT'S DISCRETION IN THE UPPER-TERM OF SIX (6) YEARS SEN-TENCE BY NOT IMPOSING THE LOW-TERM IN FURTHERANCE OF JUSTICE VIOLATED HIS RIGHT TO A JURY TRIAL. PETITIONER COUNSEL'S MR. WILLIAM GEBBIE ATTORNEY AT LAW, LIED TO HIM, THAT "D.D.A. WILL GIVE HIM A LIFE SENTENCE OR THE FULL MAXIMUM SENTENCE IF THE CASE GOES TO TRIAL DUE TO HIS PRISON PRIORS. ACCEPTING THE PLEA DEAL AND C.D.C.R. GIVEN 50% CREDIT SENTENCE IT'S A GOOD PLEA DEAL TO SIGNED NOW." PETITIONER BELIEVE HE WILL BE SERVING THREE YEARS 50% OF 6 YEARS SENTENCE. IN RE REEVES: AND SINCE HE MAINTAIN HIS REGISTRATION REQUIREMENTS OF RESIDENT, COMMITTED NO FURTHER CRIME(S) SINCE HIS RELEASE FROM PRISON OF ALMOST TWO DECADE AGO THE COURT WOULD SEE THIS AS AN INJUSTICE, WOULD EXERCISE IT'S DISCRETION IN DEFENDANT'S FAVOR BY GRANTING PROBATION OR THE LOW-TERM IN THE INTEREST OF JUSTICE. HOW IT APPEARS THE JUDGE BELIEVES IT DID NOT HAVE THAT LIMITED DISCRETION TO IMPOSED THE LOW-TERM. THIS VIOLATED HIS STATUTORY AND CONSTITUTIONAL RIGHTS IN VIEW OF DEFENDANT'S CIRCUMSTANCES OF THE CURRENT OFFENSE. THE COURT SHOULD HAVE PUT THE REQUIREMENT WHEN SENTENCE PETITIONER. AN ERROR.

Did you raise GROUND TWO in the California Supreme Court?
☒ Yes ☐ No.

(c) **GROUND THREE**: C.D.C.R. ABUSE ITS DISCRETION BY NOT SENTENCING HIM BACK TO COURT TO CORRECT THE SENTENCING ERROR/MISTAKE AND PRIOR CONVICTION WAS NOT PLED OR PROVEN.

Supporting FACTS (state *briefly* without citing cases or law): C.D.C.R. ABUSE ITS DISCRETION BY NOT SENDING HIM BACK TO COURT TO CORRECT THE SENTENCING ERROR/MISTAKE WHEN THERE WAS NO INSTRUCTIONS ON HIS SENTENCE. THE COMMITTEE GRANTED ONLY 15% SENTENCE CREDIT. STATING DUE TO THE PAST STRIKE WILL BE GIVEN 15% NOT 50%. EVEN THOUGH IT WAS NOTED THAT HE DISCHARGE HIS OLD C-NUMBER AND HAS HAD NO TROUBLE SINE THEN BACK IN 1993. THIS UNREASON-ABLE, CRUEL AND UNUSUAL PUNISHMENT GIVEN ONLY 15% CREDIT TO HIS SENTENCE.

PETITIONER PRIOR CONVICTION WAS NOT PLED OR PROVEN BY HIM OR A JURY. C.D.C.R. SHOULD HAD SENT PETITIONER BACK TO TRIAL COURT TO MAKE THE TRESHOLD DETER-MINATION OF WHETHER TO EXERCISE ITS DISCRETION IN DEFENDANT'S FAVOR AS MAY BE JUST UNDER THE CIRCUMSTANCES TO DETERMINE AN UNRESOLVED FACTUAL ISSUE AFFECTING ELIGIBILITY FOR PROBATION. WHEN THE COURT HAD ERRONEOUSLY ASSUMED THE DEFENDANT WAS NOT ELIGIBLE. THIS VIOLATED HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS. THE STATE COURT AND C.D.C.R. WRONGLY DENIED PETITIONER. HE NOW SEEK THE FEDERAL COURT TO INTERVENE TO CORRECT HIS FEDERAL DUE PROCESS RIGHTS ERROR.

Did you raise GROUND THREE in the California Supreme Court?

☒ Yes ☐ No.

(d) **GROUND FOUR**: ______________________________

Supporting FACTS (state *briefly* without citing cases or law): ______________________________

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
(a) Name of Court: N/A
(b) Case Number:
(c) Date action filed:
(d) Nature of proceeding:
(e) Grounds raised:
(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing: N/A
(b) At arraignment and plea: MR. WILLIAM GEBBIE, ATTORNEY AT LAW. 4480 MAIN ST, SUITE. B. RIVERSIDE, CA.
(c) At trial: N/A
(d) At sentencing: MR. WILLIAM GEBBIE, ATTORNEY AT LAW
(e) On appeal: N/A
(f) In any post-conviction proceeding: N/A
(g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future: N/A

(b) Give date and length of the future sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: 12-31-07

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-31-07 — (DATE)

Mike Brewer — SIGNATURE OF PETITIONER

SUPERIOR COURT
COUNTY OF SAN BERNARDINO
Department No. S-8
351 North Arrowhead Avenue
San Bernardino, California 92415-0240

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAR 06 2007

BY Olivia McDonald
DEPUTY

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN BERNARDINO
## SAN BERNARDINO DISTRICT

| | |
|---|---|
| In re the Petition of<br><br>MIKE BREWER,<br><br>For Writ of Habeas Corpus. | Case No. SWHSS 9257<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The petition of MIKE BREWER for Writ of Habeas Corpus was filed in this court on February 27, 2007.

Therein, Petitioner contends that his sentence is being improperly imposed since he is not receiving half-time credits. (Citing Reeves (2005) 35 Cal. 4th 765.)

Petitioner provides no record to substantiate his contention. The petition is denied on that basis.

However, the record in case no. FSB 050344 reveals that Petitioner is a convicted kidnapper and sex offender. He is entitled to no more than 15% custody credits.

The petition is denied.

Dated this 6th day of March, 2007.

JOHN P. WADE

JOHN P. WADE
Judge of the Superior Court

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**

FILED
APR 19 2007
COURT OF APPEAL FOURTH DISTRICT

In re

MIKE BREWER

on Habeas Corpus.

E042796

(Super.Ct.Nos. FSB050394 & SWHSS9257)

The County of San Bernardino

THE COURT

The petition for writ of habeas corpus is DENIED.

GAUT
Acting P.J.

cc: See attached list

COPY

**S152456**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re MIKE BREWER on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

OCT 31 2007

Frederick K. Ohlrich Clerk

Deputy

GEORGE

Chief Justice

STATE OF CALIFORNIA
CALCULATION WORKSHEET
OBIS CREDIT CODES 3, 4, OR 6
CDC 1897E (04/00)

DEPARTMENT OF CORRECTIONS

# CALCULATION WORKSHEET FOR PC SECTION 667(e) AND PC SECTION 2933.1

This form is used to calculate the Earliest Possible Release Date (EPRD) for inmates sentenced as a second-strike offender (Penal Code Sections 667(e) or 1170.12) and violent offenders whose offense date is on or after September 21, 1994. When sentenced as a second-strike offender, the OBIS credit code is 3 (20%). When the offense is a violent offense committed on or after September 21, 1994, the OBIS credit code is 4 (15%), or 6 (15%) if a second-stike violent offense.

## Section A - Original EPRD Calculation

| | | |
|---|---|---|
| 1. Start Date | | 5.16.06 |
| 2. Plus Time Imposed | + | 6 |
| | = | 5.16.12 |
| 3. Minus Pre/Postsentence Credit | - | 465 |
| | = | 2.6.11 |
| 4. Minus Vested Credit | - | 15 |
| [PC 667(e) divide by 2] [PC 2933.1 divide by 5.66] (round down) | = | 1.22.11 |
| 5. Plus Dead Time | + | — |
| 6. Equals Maximum Date | = | 1.22.11 |
| 7. Minus Start Date (Line 1) | - | 5.16.06 |
| 8. Equals days to serve | = | 1712 |
| 9. Minus Dead Time | - | — |
| 10. Equals Days Where Credit May Be Applied | = | 1712 |
| 11. Equals CDC Conduct Credit (divide Line 10 by 5 [PC 667(e)] or 6.66 [PC 2933.1], round down) | = | 342 |
| 12. Maximum Date (Line 6) | | 1.22.11 |
| 13. Minus CDC Conduct Credit (Line 11) | - | 342 |
| 14. Equals Original EPRD | = | 2.14.10 |

## Section B - Days "C" or "D2" From Start Date through Original EPRD (Do not include C/D2 time that occurs after the original ERPD)

| From | Thru* | Number of Days** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Total Days "C" and/or "D2" From Start Date to Original EPRD ______

Equals CDC Conduct Credit Not Applied While C/D2 (divide total days C/D2 by 4 [PC 667(e)] or 5.66 [PC 2933.1] round down) = ______

*If the current work group is "C" or "D2" use the original EPRD as the "THRU" date. If the last day of "D2" is earlier than the original EPRD, use the earlier date as the "THRU" date.

**Number of Days equals "THRU" date minus "FROM" date plus 1 day.

## Section C - Credit Losses and Restorations

| Date of CDC 115 | Loss | Restored | Net Loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Net Credit Losses | | | |

## Section D: Calculating Adjusted EPRD

| | | |
|---|---|---|
| 1. Original EPRD (from Section A, Line 14) | | |
| 2. Plus Credit Not Applied While C/D2 (from Section B) | + | |
| 3. Plus Net Credit Lost (from Section C) | + | |
| 4. Equals Adjusted EPRD (cannot exceed Maximum Date): | = | |
| 5. Minus Maximum Date (from Section A, Line 6) | | |
| 6. Equals Excess Credit Loss to Apply to Next Period Being Calculated*** | | |

***Mixed Credit Codes: when credit lost exceeds credit applied (Adjusted EPRD is later than Maximum Date), substract the Maximum Date from the Adusted EPRD which equals the days lost to apply to the next period being calculated.

| | |
|---|---|
| CALCULATED BY (Name and Title) M. Nepkez CCRA | DATE 11.29.06 |
| INMATE'S NAME Brewer, Michael | CDC NUMBER F25321 | LOCATION CVSP |

STATE OF CALIFORNIA )
: SS
COUNTY OF RIVERSIDE )

PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I, MIKE BREWER, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at Chuckawalla Valley State Prison, located at Blythe, CA. and a party / not a party to the attached foregoing cause of action. On 12-31 . 2007 I did serve a true copy of:

PETITION FOR WRIT OF HABEAS CORPUS.

[X] by depositing it in a prison mail box in a sealed envelope, or [X] by handing it to institutional staff in a sealed envelope, along [X] with Inmate Trust Account Withdrawal Order Form Attached to it requesting that postage be fully prepaid, or [ ] with postage affixed thereto for deposit in the United States Mail pursuant to California Code of Regulations Sections 3142 and 3165; addressed to the following:

CLERK OF THE COURT
U.S. DISTRICT COURT
880 FRONT ST. RM. 4290
SAN DIEGO, CA. 92101-8900

MR. JERRY BROWN
ATTORNEY GENERAL. CA.
110 W. "A" ST. #1100
SAN DIEGO, CA 92186

Intended place of mailing: U.S. Post Office, at Blythe, California

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on 12-31. 2007

Mike Brewer
PETITIONER/DECLARANT IN PRO PER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
JAN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ✓ 1983
FILING FEE PAID Yes No ✓
IFP MOTION FILED Yes No ✓
COPIES SENT TO Court ✓ ProSe

**I (a) PLAINTIFFS**

Mike Brewer

**DEFENDANTS**

Salazar, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Riverside
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Mike Brewer
PO Box 2349
Blythe, CA 92226
F-25321

**ATTORNEYS (IF KNOWN)**

'08 CV 0029 H PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 1/4/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Brewer