FILED

2008 JAN -7 PM 4:44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: RM DEPUTY

08CV0029 H(PCL)

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 146188 - BH

January 07, 2008
16:31:00

Habeas Corpus
USAO #.: 08CV0029 HABEAS FILING
Judge..: MARILYN L HUFF
Amount.: $5.00 MO
Check#.: 08-798064851

Total-> $5.00

FROM: HABEAS CORPUS