EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2283
Fax: (619) 645-2191
Email: Daniel.Rogers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE BREWER,** Petitioner, v. **JOHN SALAZAR, Warden,** Respondent. | 08cv0029-H (PCL) **RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** The Honorable Peter C. Lewis |

Daniel Rogers declares:

I am the Deputy Attorney General assigned to prepare the Answer in this matter which is due on March 17, 2008. I request time to file the Answer be extended thirty (30) days through April 16, 2008, for the following reasons:

This Court ordered a response to the Petition on January 16, 2008. I have not previously requested an enlargement of time in this matter.

I am currently preparing responses to petitions for writ of habeas corpus in *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN); *Evans v. Tilton*, 07cv0791-JM (BLM); *Brewer v. Salazar*, 08cv0029-H (PCL); *Hollis v. People of the State of California*, EDCV 07-1501-

SVW (RC); *Givens v. Martel*, EDCV 08-0111-CAS (SH); *Regalado v. Dexter*, CV 08-672-DSF (MAN); *Crouse v. Marshall*, 08-0166 IEG (LSP), and *Johnson v. Sisto*, EDCV 08-278-DDP (CT).

Since this Court ordered a response to the instant Petition, I have filed an Answer in *Robinson v. Yates*, EDCV 07-1406-VBF (SH); *Morgutia v. Wong*, SACV 07-1161-PA (PJW); *Pre v. Almager*, 07cv0890 W (W Mc); *Ensworth v. Marshall*, SACV 07-1372 SVW (CT), and *Desper v. Miguel*, EDCV 07-1588 PSG (AJW). I have also filed a Second Supplemental Brief in *Marquis v. Iaria*, 07cv0730 W (LSP) and an Opposition to a Motion to Expand the Record in *Ruff v. Hall*, EDCV 04-01330 MMM (MAN).

In addition to the assignments described above, I advise district attorney personnel throughout the state in executing their responsibilities in responding to international child abduction matters under the Hague Convention on the Civil Aspects of International Child Abduction. 42 U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455. These are time-sensitive matters that arise unpredictably and require immediate attention. I spend roughly one day per week on average working on child abduction matters.

I generally work on cases in the order they are assigned to me. I am currently completing a response in *Hollis v. People of the State of California*, due March 17, 2008, and for which I have requested one enlargement of time. When I have filed my response in that matter, I will begin my response in the instant matter.

I am currently working evenings and weekends to complete the above assignments.

Granting of an enlargement of time will permit me to gather the necessary state court records and allow my response to be prepared without impairing its quality and allow adequate time for review and processing.

///

///

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 17, 2008 at San Diego, California.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/Daniel Rogers

DANIEL ROGERS
Deputy Attorney General

Attorneys for Respondent

DR:mgs
80217054.wpd
SD2008700053

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name: **Brewer v. Salazar** No.: **08cv0029-H (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 17, 2008, I served the following documents:

**RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Mike Brewer, F-25321
Chuckawalla Valley State Prison
Post Office Box 2349
Blythe CA 92226
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 17, 2008, at San Diego, California.

Maria G. Stawarz — Declarant

Maria G. Stawarz — Signature

SD2008700053
80218036.wpd