IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE BREWER,**<br>Petitioner,<br>**v.**<br>**JOHN SALAZAR, Warden,**<br>Respondent. | 08cv0029 H (PCL)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

**GOOD CAUSE APPEARING**, Respondent's request for a thirty-day (30) enlargement of time is granted. The Answer will be due no later than April 16, 2008. Petitioner's Traverse is now due no later than May 19, 2008.

IT IS SO ORDERED.

DATED: March 17, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court