EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2283
Fax: (619) 645-2191
Email: Daniel.Rogers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE BREWER,**<br><br>Petitioner,<br><br>**v.**<br><br>**JOHN SALAZAR, Warden,**<br><br>Respondent. | 08cv0029-H (PCL)<br><br>**APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2283
Fax: (619) 645-2191
Email: Daniel.Rogers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE BREWER,** Petitioner, | 08cv0029-H (PCL) |
| **v.** | **MOTION FOR SECOND ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| **JOHN SALAZAR, Warden,** Respondent. | The Honorable Peter C. Lewis |

Daniel Rogers declares:

I am the Deputy Attorney General assigned to prepare the Answer in this matter which is due on April 16, 2008. I request time to file the Answer be extended thirty (30) days through May 16, 2008, for the following reasons:

This Court ordered a response to the Petition on January 16, 2008. I have previously requested one thirty (30) day enlargement of time in this matter.

I am currently preparing responses to petitions for writ of habeas corpus in *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN); *Evans v. Tilton*, 07cv0791-JM (BLM); *Brewer v. Salazar*, 08cv0029-H (PCL); *Hollis v. People of the State of California*, EDCV 07-1501-

SVW (RC); *Regalado v. Dexter*, CV 08-672-DSF (MAN); *Crouse v. Marshall*, 08-0166 IEG (LSP); *Johnson v. Sisto*, EDCV 08-278-DDP (CT), and *Trevizo v. Knowles*, EDCV 08-406-JFW (PJW).

Since this Court ordered a response to the instant Petition, I have filed an Answer in *Robinson v. Yates*, EDCV 07-1406-VBF (SH); *Morgutia v. Wong*, SACV 07-1161-PA (PJW); *Pre v. Almager*, 07cv0890 W (W Mc); *Ensworth v. Marshall*, SACV 07-1372 SVW (CT); *Desper v. Miguel*, EDCV 07-1588 PSG (AJW), and *Givens v. Martel*, EDCV 08-0111-CAS (SH). I have also filed a Second Supplemental Brief in *Marquis v. Iaria*, 07cv0730 W (LSP) and an Opposition to a Motion to Expand the Record in *Ruff v. Hall*, EDCV 04-01330 MMM (MAN). I have also completed a draft of an Answer in *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN) and a draft of a Motion to Dismiss in *Hollis v. People of the State of California*, EDCV 07-1501-SVW (RC). Further, on April 8, I argued *Young v. Pliler*, 06-55971, in the Ninth Circuit Court of Appeal.

In addition to the assignments described above, I advise district attorney personnel throughout the state in executing their responsibilities in responding to international child abduction matters under the Hague Convention on the Civil Aspects of International Child Abduction. 42 U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455. These are time-sensitive matters that arise unpredictably and require immediate attention. I spend roughly one day per week on average working on child abduction matters.

I generally work on cases in the order they are assigned to me. Although I had anticipated completing my response in the instant matter on or before April 16, I was unable to do so. I am currently working evenings and weekends to complete the above assignments.

Granting of an enlargement of time will permit me to gather the necessary state court records and allow my response to be prepared without impairing its quality and allow adequate time for review and processing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 15, 2008 at San Diego, California.

Approved for Filing:

s/ Gary W. Schons
GARY W. SCHONS
Senior Assistant Attorney General

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/ Daniel Rogers
DANIEL ROGERS
Deputy Attorney General

Attorneys for Respondent

DR:kw
80227431.wpd
SD2008700053

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Brewer v. Salazar** No.: **08cv0029 H (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 15, 2008, I served the attached **motion for second enlargement of time to file answer to petition for writ of habeas corpus and order granting enlargement of time** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Mike Brewer**
**#F-25321**
**Chuckawalla Valley State Prison**
**Post Office Box 2349**
**Blythe CA 92226**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 15, 2008, at San Diego, California.

| Kimberly Wickenhagen | [signature] |
|---|---|
| Declarant | Signature |