EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2283
Fax: (619) 645-2191
Email: Daniel.Rogers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE BREWER,**<br>Petitioner,<br>**v.**<br>**JOHN SALAZAR, Warden,**<br>Respondent. | 08cv0029-H (PCL)<br>**RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent, John Salazar, Warden of Chuckawalla Valley State Prison, by and through his counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Daniel Rogers, Deputy Attorney General, files this Answer to the Petition for Writ of Habeas Corpus pursuant to the Order of this Court filed January 16, 2008. Respondent alleges as follows:

I.

Petitioner Mike Brewer is in the lawful custody of Respondent after he pled guilty in San Bernardino County Superior Court case number FSB050394 to one count of failing to

register as a sex offender (Cal. Penal Code § 290(g)(2)) and admitted a prior conviction under the Three Strikes law (Cal. Penal Code §§ 667(b)-(i), 1170.12(a)-(d)). The trial court sentenced Petitioner to a term of six years in state prison.

II.

The instant Petition appears to have been filed within the applicable limitations period. 28 U.S.C. § 2244(d).

III.

Petitioner appears to have exhausted his state remedies by presenting his claims to the California Supreme Court in a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1)(A).

IV.

The highly deferential standard of federal habeas corpus review established by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2254(d), applies to Petitioner's claims.

V.

The state courts made numerous express and implied factual findings. Petitioner has shown no grounds why the presumption of correctness mandated by 28 U.S.C. § 2254(e)(1) should not apply to these factual findings.

VI.

Petitioner is not entitled to an evidentiary hearing to resolve his pending claims. 28 U.S.C. § 2254(e).

VII.

The relevant facts and procedural history are set forth in the accompanying Memorandum of Points and Authorities. Except as expressly admitted, Respondent denies each and every allegation of the Petition and specifically denies that Petitioner's confinement is illegal, or that any of his rights has been or is being violated in any way.

WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, the instant Petition should be denied with prejudice.

Dated: May 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/ Daniel Rogers
DANIEL ROGERS
Deputy Attorney General
Attorneys for Respondent

80238497.wpd
SD2008700053

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Brewer v. Salazar** No.: **08cv0029-H (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 15, 2008, I served the attached **respondent's answer to petition for writ of habeas corpus; memorandum of points and authorities in support of answer; notice of lodgment** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Mike Brewer**
**#F-25321**
**Chuckawalla Valley State Prison**
**Post Office Box 2349**
**Blythe CA 92226**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 15, 2008, at San Diego, California.

Kimberly Wickenhagen — Declarant

Kimberly Wickenhagen — Signature