EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2283
Fax: (619) 645-2191
Email: Daniel.Rogers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE BREWER,**<br>Petitioner,<br>**v.**<br>**JOHN SALAZAR, Warden,**<br>Respondent. | 08cv0029-H (PCL)<br><br>NOTICE OF LODGMENT |

Respondent lodges the following documents with the Court:

1. Information in Case No. FSB050394.
2. Change of Plea Form in Case No. FSB050394.
3. Minutes in Case No. FSB050394.
4. Abstract of Judgment in Case No. FSB050394.
5. February 27, 2007, Petition for Writ of Habeas Corpus in Case No. SWHSS-9257.
6. Order Denying February 27, 2007, Petition for Writ of Habeas Corpus in Case No. SWHSS-9257.

7. March 21, 2007, Petition for Writ of Habeas Corpus in Case No. SWHSS-9257.

8. Order Denying March 21, 2007, Petition for Writ of Habeas Corpus in Case No. SWHSS-9257.

9. Order Denying Petition for Writ of Habeas Corpus in Case No. SWHSS-9257 Upon Reconsideration.

10. Petition for Writ of Habeas Corpus in Case No. E042796.

11. Order Denying Petition for Writ of Habeas Corpus in Case No. E042796.

12. Petition for Writ of Habeas Corpus in Case No. S152456.

13. Order Denying Petition for Writ of Habeas Corpus in Case No. S152456.

Dated: May 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/ Daniel Rogers
DANIEL ROGERS
Deputy Attorney General
Attorneys for Respondent

80238629.wpd
SD2008700053